**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

1

2

3

4

5

6

7

8    UNITED STATES  DISTRICT COURT

9    Northern District of California

10    San Francisco Division

11    UNITED STATES OF AMERICA,                    No. C 12-02593 LB

12                      Plaintiff,          **ORDER ESTABLISHING CASE**
              v.                            **MANAGEMENT PROCEDURES IN**
13                                          **STUDENT LOAN CASES**
       LISE A. PARENTEAU,
14
                      Defendant.
15    _____/

16        Pursuant to General Order 44, this matter has been re-assigned to Magistrate Judge Laurel Beeler

17    for trial.  All filings shall include the initials "LB" after the case number.  The Northern

18    District of California Local Rules of Practice in Civil Proceedings apply to this case.  These rules are

19    posted on our website, www.cand.uscourts.gov.  In addition, the parties are **ORDERED** to follow

20    the procedures set forth below:

21        1.  Within **ten (10) days** of the date of this Order, the parties shall return to the Clerk of Court

22            the enclosed form, either consenting to my jurisdiction pursuant to 28 U.S.C. § 636(c),

23            requesting reassignment to a District Judge.

24        2.  Within **twenty (20) days** of the date of this Order, Plaintiff shall mail to Defendant an

25            accounting and a copy of any documents supporting Plaintiff's claims.  Plaintiff shall

26            concurrently file with the Court said accounting (without documents) and proof of service of

27            the accounting.

28        3.  Within **forty (40) days** of the date of this Order, Defendant shall mail to Plaintiff a copy of

C 12-02593 LB
ORDER

1    any documents which Defendant claims prove payment of all or part of the loan or otherwise

2    excuse Defendant's failure to pay the loan.

3    4.  Within **sixty (60) days** of the date of this Order, the parties shall meet in person or by

4        telephone to discuss the documents they have exchanged and possible settlement of this

5        dispute.

6    5.  Within **two (2) weeks** after the meeting, each party shall file and serve a letter informing the

7        Court of the status of the case.  The letter shall include the following:

8        (a)  A brief description of the events underlying the lawsuit;

9        (b)  What discovery the party intends to take, including, but not limited to, the identity of

10           all persons the party intends to depose;

11       (c)  A suggested trial date and an estimate of the length of trial.

12   Thereafter, the Court will schedule a case management conference to discuss the status of the

13   case and develop a trial schedule.

14       **IT IS SO ORDERED.**

15   Dated: July 2, 2012

16                                        LAUREL BEELER
                                          United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

C 12-02593 LB
ORDER                                      2