1  **MICHAEL COSENTINO, SBN 83253**
   **Attorney at Law**
2  **P.O. Box 129**
   **Alameda, CA 94501**
3
   **Telephone:  (510) 523-4702**
4  **Facsimile:    (510) 747-1640**

5  Attorney for the Plaintiff
   United States of America
6

7

8
                          **UNITED STATES DISTRICT COURT**
9
                          **NORTHERN DISTRICT OF CALIFORNIA**
10

11 **UNITED STATES OF AMERICA**,           )    Case No. **C 12-02593 LB**
                                           )
12                     Plaintiff,          )    **STIPULATION TO EXTEND TIME**
                                           )    **TO SERVE AND FILE**
13                                         )    **ACCOUNTING AND OTHER MATTERS**
                                           )    **AND ORDER THEREON**
14      v.                                 )
                                           )
15                                         )
   **LISE A. PARENTEAU**,                  )
16                                         )
                       Defendant.          )
17 _____ )

18        **STIPULATION FOR ORDER EXTENDING TIME TO SERVE AND FILE**

19           **ACCOUNTING AND OTHER MATTERS AND ORDER THEREON**

20        IT IS HEREBY STIPULATED by the above entitled parties through their attorneys

21 of record that the deadlines for each matter contained in the court's Order Establishing

22 Case Management Procedures in Student Loan Cases entered July 2, 2012, be extended

23 by 28 days.

24        The reason for this request is that the complaint states 4 causes of action involving

25 six promissory notes, some of which consolidated other student loans, with multiple

26 disbursing dates and varying rates of interest; due to the extensive nature of the

27 accounting and the extensive workload of the US Department of Education (ED), ED is

28 ///

unable to document an accounting in the time period (20 days) allowed by the court.

**SO STIPULATED**

July 23, 2012            _____/s_____
                         Michael Cosentino, for plaintiff

July 23, 2012            _____/s/_____
                         Mark O. Rorem, for defendant

The aforementioned stipulation having been considered, the matter having been submitted and good cause therefor,

**THE COURT ORDERS THAT** each deadline stated in its Order Establishing Case Management Procedures in Student Loan Cases entered July 2, 2012, be and hereby is extended by 28 days.

///

Dated_July 24, 2012_____            _____
                                     Laurel Beeler, United States Magistrate Judge

2