MICHAEL COSENTINO, State Bar No. 83253
ATTORNEY AT LAW
Post Office Box 129
Alameda, CA  94501
Tele: (510) 523-4702
Fax:  (510) 747-1640

Attorney for the Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| Plaintiff, | Case No. **CV12-02593 LB** |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** |
| **LISE PARENTEAU**, | |
| Defendant(s). | Rule 41(a) FRCP |

In accordance with the provisions of Title 28 U.S.C. Section 636(c) THE PARTIES HEREBY VOLUNTARILY WAIVE THEIR RIGHTS to proceed before a judge of the United States District Court and consent to have a United States magistrate judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  It is understood that any appeal from a judgment entered by a magistrate judge will be taken directly to the Ninth Circuit of the United States Court of Appeals in the same manner as an appeal from any other judgment of a District Court.

**IT IS HEREBY STIPULATED** by and between Plaintiff, United States of America, and Defendant, Lise Parenteau, through their respective attorneys of record, that the above

///

///

///

entitled matter be dismissed without prejudice.

Dated: March 20, 2013                             /s/
                                  Michael Cosentino, Counsel for
                                  plaintiff, United States of America


Dated: March 20, 2013                             /s/
                                  Mark Rorem, Counsel for
                                  defendant, Lise Parenteau

**IT IS SO ORDERED**

Dated: March 22, 2013
                                  Laurel Beeler, Magistrate Judge
                                  United States District Court
                                  Northern District of California

STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE: CASE NO:CV12-02593 LB