1  MICHAEL COSENTINO, State Bar No. 83253
   ATTORNEY AT LAW
2  Post Office Box 129
   Alameda, CA  94501
3  Tele: (510) 523-4702
   Fax:  (510) 747-1640
4
   Attorney for the Plaintiff
5  United States of America

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 **UNITED STATES OF AMERICA**,            )
                                            )
12                          Plaintiff,      )   Case No. **CV12-02593 LB**
                                            )
13            vs.                           )
                                            )   **STIPULATION AND ORDER FOR**
14                                          )   **DISMISSAL  WITHOUT  PREJUDICE**
   **LISE PARENTEAU**,                      )
15                          Defendant(s).   )   Rule 41(a) FRCP
                                            )
16

17     In accordance with the provisions of Title 28 U.S.C. Section 636(c) THE PARTIES

18 HEREBY VOLUNTARILY WAIVE THEIR RIGHTS to proceed before a judge of the United

19 States District Court and consent to have a United States magistrate judge conduct any and

20 all further proceedings in the case, including trial, and order the entry of a final judgment.  It

21 is understood that any appeal from a judgment entered by a magistrate judge will be taken

22 directly to the Ninth Circuit of the United States Court of Appeals in the same manner as an

23 appeal from any other judgment of a District Court.

24     **IT IS HEREBY STIPULATED** by and between Plaintiff, United States of America, and

25 Defendant, Lise Parenteau, through their respective attorneys of record, that the above

26 ///

27 ///

28 ///

1  entitled matter be dismissed without prejudice.

2  Dated: March 20, 2013                                    /s/
                                                                     Michael Cosentino, Counsel for
3                                                                    plaintiff, United States of America

4

5  Dated: March 20, 2013                                    /s/
                                                                     Mark Rorem, Counsel for
6                                                                    defendant, Lise Parenteau

7                                      **IT IS SO ORDERED**

8

9  Dated: March 22, 2013
                                                                     Laurel Beeler, Magistrate Judge
10                                                                   United States District Court
                                                                     Northern District of California

STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE: CASE NO:CV12-02593 LB

Page 2